Matthew R. Eason, Esq. (SBN 160148)
Kyle K. Tambornini, Esq. (SBN 160538)
**EASON & TAMBORNINI**
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone (916) 438-1819
Facsimile (916) 438-1820

Attorneys for Judgment Creditor(s),
Teun Van Riel Horse Supplements,
Teun Van Riel, Equine Industry B.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEUN VAN RIEL HORSE SUPPLEMENTS, TEUN VAN RIEL, EQUINE INDUSTRY B.V., <br><br> Judgment Creditor, <br><br> v. <br><br> RUDOLPH "RUDY" LEONE, LEONE EQUESTRIANS, INC., <br><br> Judgment Debtor. | Case No.  2:17-mc-00114-KJM-CKD <br><br> [PROPOSED] ORDER ON JUDGMENT CREDITOR'S APPLICATION AND ORDER FOR APPEARANCE FOR EXAMINATION OF DEBTOR |

IT IS HEREBY ORDERED that Defendant, Rudolph "Rudy" Leone appear personally before this court to furnish information to aid in enforcement of a money judgment against you.

Defendant is ordered to appear before the court on Wednesday, September 29, 2021, at 9:30 a.m. at 501 I Street, 8th Floor, Courtroom 24, Sacramento, CA 95814.

Dated:  August 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.teun0114.jde